IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMTROL HOLDINGS, INC., *et al.* | Case No. 06-11446 (KG) |
| Debtors. | (Jointly Administered) |

## DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8006

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the above captioned debtors and debtors in possession (collectively, the **"Debtors"**), by and through their undersigned counsel, hereby designate additional items to be included in the record on appeal of New England Gas Company and Narragansett Electric Company, both d/b/a National Grid's as stated in its Notice of Appeal dated January 19, 2007 [D.I. 131].

### Counter-Designation of Items To Be Included In Record On Appeal

Defendant hereby designates additional items to be included in the record on appeal as follows:

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 1 | Affidavit in Support *of First Day Motions by Larry T. Guillemette* Filed By Amtrol Holdings, Inc. | 2 | 12/18/06 |
| 2 | December 20, 2006 Transcript of First Day Hearing Before The Honorable Kevin Gross | 38 | 12/20/06 |
| 3 | Omnibus Notice of Motions and Hearing Thereon [Re: Docket Nos. 4, 8, 15, 16, 19, 20, 23, & 24] | 55 | 12/21/06 |
| 4 | Affidavit/Declaration of Service | 61 | 12/22/06 |
| 5 | Affidavit/Declaration of Service | 65 | 12/22/05 |

| **Exhibit** | **Description** | **Docket No.** | **Date Docketed** |
|---|---|---|---|
| 6 | January 11, 2007 Transcript of First Day Hearing Before The Honorable Kevin Gross | 110 | 01/11/07 |
| 7 | Werner Holding Co. (DE), Inc., et al., Case No. 06-10578 - Final Order (I) Prohibiting Utilities From Altering or Discontinuing Services, (II) Establishing Procedures For Providing Deposits to Requesting Utilities, (III) Deeming Utility Companies to Have Adequate Assurance of Payment, and (IV) Establishing Procedures For Resolving Requests For Additional Assurance of Payment | Referenced in 110 | 07/14/06 |
| 8 | Radnor Holdings Corporation, et al., Case No. 06-10894 - Order Under Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Requests by Utility Companies For Additional Assurance of Payment, and (III) Scheduling a Hearing With Respect to Contested Adequate Assurance of Payment Requests | Referenced in 110 | 08/23/06 |
| 9 | Three A's Holdings, L.L.C., a Delaware limited liability company, et al., Case No. 06-10886 - Final Order Granting the Motion of the Debtors and Debtors in Possession For Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures For Determining Adequate Assurance of Payment | Referenced in 110 | 09/20/06 |
| 10 | Global Power Equipment Group Inc., et al., Case No. 06-11045 - Final Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service to the Debtors, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance | Referenced in 110 | 10/23/06 |

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 11 | Dura Automotive Systems, Inc., et al., Case No. 06-11202 - Final Order Pursuant to 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utilities From Discontinuing, Altering or Refusing Service, (II) Establishing Procedures For Determining Adequate Assurances of Payment, and (III) Establishing Procedures For the Utilities to Opt Out of the Debtors' Proposed Adequate Assurance Procedures | Referenced in 110 | 11/21/06 |
| 12 | Order (Final) (I) Authorizing Debtors (A) To Obtain Post-Petition Senior Secured Super-Priority Financing And (B) To Utilize Cash Collateral Of Pre-Petition Secured Parties, (II) Authorizing The Immediate Payoff Of The Pre-Petition Credit Facilities And (III) Granting Adequate Protection To Pre-Petition Secured Parties | 118 | 1/11/07 |

Debtors respectfully reserve the right to supplement or amend the items designated herein.

Dated: February 5, 2007

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

William E. Chipman, Jr. (No. 3818)
Denise S. Kraft (#2778)
919 N. Market Street, 14th Floor
Wilmington, DE 19801
(302) 777-7770 - telephone
(302) 777-7263 - facsimile

Counsel for the Debtors
Amtrol Holdings, Inc., et al.

WLM_507808_2.DOC/DKRAFT