IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Amtrol Holdings Inc., et al

---

|  |  |  |
|---|---|---|
| New England Gas Company, et al | ) | |
| Appellant | ) | Civil Action No.   07-75 |
| v. | ) | |
| Amtrol Holdings Inc., et al | ) | |
| Appellee | ) | Bankruptcy Case No. 06-11446 |
|  | | Bankruptcy Appeal No. 07-2 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/11/07 was docketed in the District Court on 2/9/07:

> Final Order (I) Prohibiting Utility Companies from Discontinuing , Altering or Refusing Service, (II) Establishing Procedures for Providing Deposits to Requesting Utilities, (III) Deeming Utility Companies to have Adequate Assurance of Payment, and (IV) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. 105(A) & 366.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   February 12, 2007

To:   U.S. Bankruptcy Court
        Counsel