IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| AMTROL HOLDINGS, INC. et al. | : | Bankruptcy Co. No. 06-11446 |
| Debtors | : | |
| NEW ENGLAND GAS COMPANY, et al. | : | |
| Appellants | : | |
| v. | : | Civil Action No. 07-75 GMS |
| AMTROL HOLDINGS, INC., et al. | : | |
| Appellees | : | |

## **O R D E R**

WHEREAS, on February 9, 2007, a Notice of Appeal of the Order of the Bankruptcy Court entered on January 11, 2007, was filed (D.I. 1);

WHEREAS, on February 15, 2007, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on March 23, 2007, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq.,

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than April 30, 2007.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 27, 2007