IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| AMTROL HOLDINGS, INC., *et al.*, | : Bankruptcy Case 06-11446 |
| Debtors. | : |
| NEW ENGLAND GAS COMPANY, *et al.*, | : |
| Appellants, | : |
| v. | : Civil Action No. 07-75-GMS |
| AMTROL HOLDINGS, INC., *et al.*, | : |
| Appellees. | : |

**JOINTLY PROPOSED BRIEFING SCHEDULE**

Pursuant to the Order entered by the Court on March 27, 2007 instructing the parties to submit a jointly proposed briefing schedule for the Court's consideration, the parties hereby propose the following:

(a) Appellants' opening brief to be filed and served by May 14, 2007;

(b) Appellees' brief to be filed and served by June 11, 2007; and

(c) Appellants' reply brief to be filed and served by June 29, 2007.

1

AGREED TO:

STEVENS & LEE, P.C.

/s/ *John D. Demmy*                                        Dated: April 30, 2007
John D. Demmy (I.D. No. 2802)
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308

and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861

*Counsel for Appellants New England Gas Company and Narragansett Electric Company, both d/b/a National Grid*


EDWARDS ANGELL PALMER & DODGE LLP

/s/ *Denise S. Kraft*                                      Dated: April 30, 2007
Denise S. Kraft (No. 2278)
William E. Chipman, Jr. (No. 3818)
919 N. Market Street, 14th Floor
Wilmington, DE  19801
Phone:  (302) 777-7770

*Counsel for Appellees Amtrol Holdings, et al.*


APPROVED:


_____                          _____
Date                                            Honorable Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE


2