UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMTROL HOLDINGS, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:  Bankruptcy Case No. 06-1146<br>:<br>: |
| NEW ENGLAND GAS COMPANY, *et al.*,<br><br>Appellants,<br><br>AMTROL HOLDINGS, INC., *et al.*,<br><br>Appellees. | :<br>:<br>:<br>:  Civil Action No. 07-75-GMS<br>:<br>:<br>:<br>: |

### REQUEST FOR ARGUMENT
### PURSUANT TO D. Del. LR 7.1.4

Appellants New England Gas Company and Narragansett Electric Company, both d/b/a National Grid hereby request argument in this appeal.

Dated: July 2, 2007

STEVENS & LEE, P.C.

_/S/ John D. Demmy_
John D. Demmy (I.D. No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Fax: (610) 371-8515
E-mail: jdd@stevenslee.com

-and-

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

*Counsel for Appellants New England Gas
Company and Narragansett Electric
Company, both d/b/a National Grid*

SL1 734134v1/000000.00000

## CERTIFICATE OF SERVICE

John D. Demmy hereby certifies that on this 2nd day of July, 2007, the foregoing *REQUEST FOR ARGUMENT PURSUANT TO D. Del. LR 7.14* was served via hand delivery on counsel of record, identified below:

Denise S. Kraft, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

/s/ John D. Demmy
John D. Demmy