IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> AMTROL HOLDINGS, INC., *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Bankruptcy Case No. 06-11446 (KG) |
| NEW ENGLAND GAS COMPANY, *et al.*, ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> AMTROL HOLDINGS, INC., *et al.*, ) <br> ) <br> Appellees. ) | CA 07-75-GMS |

### REQUEST FOR ORAL ARGUMENT PURSUANT TO D. Del. LR 7.1.4

In accordance with Local Rule of Civil Practice and Procedure 7.1.4 of this Court, Amtrol Holdings, Inc. and its debtor direct and indirect, wholly-owned subsidiaries ("Appellees"), by and through their undersigned counsel, hereby request this Court grant Oral Argument on Appellees' Motion to Dismiss Appeal.

Dated: July 12, 2007
Wilmington, Delaware

**EDWARDS ANGELL PALMER & DODGE LLP**

_____
Stuart M. Brown (No. 4050)
Denise S. Kraft (No. 2778)
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 777-7770

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I, Mark D. Olivere, certify that on this 12th day of July, 2007, I caused a true and correct copy of the Request for Oral Argument Pursuant to D. Del. LR 7.1.4 to be served on the following parties in the manner indicated:

| **HAND DELIVERY** | **VIA FACSIMILE AND FIRST CLASS MAIL** |
|---|---|
| John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>Phone: 302-425-3308 | Russell R. Johnson, III<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103<br>Phone: 804-749-8861 |

_____
Mark D. Olivere (#4291)